FILED - USDC -NH
2022 APR 25 AM 11:10

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| MARK EDGINGTON, Pro Se | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No: 1:21-cv-00537-LM |
| | ) | |
| SCOTT BAILEY (in his official capacity | ) | |
| as Special Agent of the FBI), | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO DISMISS

Come now the Plaintiff, MARK EDGINGTON, appearing pro se and doing business at 73 Leverett St. in Keene, New Hampshire, and does bring this Motion to Dismiss because another plaintiff, SHIRE FREE CHURCH MONADNOCK, has decided to file suit against this Defendant and it would be in the interest of justice to allow SHIRE FREE CHURCH MONADOCK to continue its claim without interference from the Plaintiff in this case.

Signed,

Mark Edgington, Pro Se
73 Leverett Street
Keene, NH  03431
mark@freetalklive.com
(603) 513-2228

## CERTIFICATE OF SERVICE

I certify that on this 21st day of April, 2022, a copy of the foregoing Motion to Dismiss was served via e-mail to AUSA Michael McCormack at his email address michael.mccormack2@usdoj.gov.


Mark Edgington, Pro Se



**Shire Free Church**
73 Leverett St.
Keene, NH 03431
Church.ShireSociety.com

MANCHESTER NH 030

22 APR 2022 PM 1 L



U.S. District Court
c/o Donna Esposito
55 Pleasant St. Rm 110
Concord, NH 03301 - 3941

03301-394135