UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mark Edgington

    v.

Scott Bailey

Case No. 21-cv-537-LM

JUDGMENT

Judgment is hereby entered in accordance with the Endorsed Order by Chief Judge Landya B. McCafferty dated May 12, 2022.

By the Court:

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: May 13, 2022

cc: Counsel of Record
    Mark Edgington, pro se